STATE v. WATSON

No. 109 PC.

Case below: 21 N.C. App. 374.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STATE v. WHITE and STATE v. KEARNEY

No. 81 PC.

Case below: 21 N.C. App. 173.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974. Motion of Attorney General to dismiss appeal allowed 4 June 1974.

STATE v. WIGGINS

No. 11.

Case below: 21 N.C. App. 441.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 1 July 1974.

STATE v. YOUNG

No. 112 PC.

Case below: 21 N.C. App. 369.

Petition for writ of certiorari to North Carolina Court of Appeals denied 1 July 1974.

STOUT v. CRUTCHFIELD

No. 96 PC.

Case below: 21 N.C. App. 387.

Petition for writ of certiorari to North Carolina Court of Appeals denied 4 June 1974.